Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__
__Jacksonville__ Division

Plaintiff(s): Christopher Lamar Tipton

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): Thick-N-Thin Records/Entertainment, Clothing/Apparel, Models/Modeling Agency (See Attached)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-1466-HLA-MCR
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

P

Page 1 attach.

List Of Defendants Being Sued

Thick-N-Thin brand (Records/Entertainment Company, Clothing Line/Apparel Company, Models/Modeling Agency, + any other products/services w/ Thick-N-Thin brand name.

Named Defendants Known To Plaintiff:
- Chris Brown (The Entertainer), Robert M., Daniel A.
- Anyone With Last Names: Tipton, Wingate, Montgomery, Hightower, + Tucker. First Names May Include: Christopher, Jeremy, Darren, Timothy, Janice, Veronica, Marcus, Tommy, Randy, Eric, Tyrese, Arthur, + David.

Additional Page For Parties To Complaint (Defendants)

5. Name: Tipton (Anyone w/ a first name to this surname)
Title: Investor/Ownership

6. Name: Wingate (Same as above)
Title: Investor/Ownership

7. Name: Hightower (Same as above)
Title: Investor/Ownership

8. Name: Tucker (Same as above)
Title: Investor

9. Name: Robert M. (Surname not remembered)
Title: Investor/Ownership

10. Name: Daniel A. (Surname not remembered)
Title: Investor/Ownership

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Lamar Tipton
All other names by which you have been known: Christopher Lemar Tipton + Christopher Tipton
ID Number: U23486
Current Institution: Union Correctional Institution
Address: P.O. Box 1000
Raiford          FL          32083
City                  State          Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Thick-N-Thin Records/Entertainment
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City        State        Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Thick-N-Thin Clothing Line/Apparel
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City        State        Zip Code
[✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Defendant No. 3
Name: Thick-N-Thin Models/Modeling Agency
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Chris "Breezy" Brown
Job or Title (if known): Hip Hop Entertainer/Investor
Shield Number:
Employer:
Address:
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A  Don't Know

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_N/A Don't Know_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_N/A Don't Know_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_Plaintiff came up w/ the idea of All the (See Attached)_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_While Plaintiff was housed at Martin C.I._

Attachment For Section IV. Statement of Claim

A. Thick-N-Thin brand named/themed ventures, while in a state correctional institution (Charlotte C.I.) in 2006. I told a few of the defendants my idea and we all decided to one day officialize it by way of copyrights, patents, & trademarks!

C. Thought up ALL of the individual ventures w/ the Thick-N-Thin ~~name~~ name as the umbrella of a brand! Before my release in October 2008, I confided in and enlisted several of the defendants in my plans to legally pursue the establishment of the Thick-N-Thin brand's individual ventures. I was taken advantage of by some of the defendants who happen to be family members when they began to "intentionally" find conflict w/ me and Baker Act me (maliciously) to give the appearance of instability in psyche to potential partners. This is how I believe my Intellectual Property was stolen!

Defendants w/ the last name Tipton, Wingate, & Hightower are family members who undercut me out of my rightful ownership of the Thick-N-Thin ventures. They maliciously Baker Act me several times throughout the years since my release in 2008 w/ another stint in prison in 2010 being set up by these same members to keep me out of the deal of my idea being actualized w/ copyrights,

Additional Attachment to Section IV. Statement of Claim

patents, & trademarks. These family members intentionally put me mental hospitals & prisons to keep me away from my business plans and Intellectual Property becoming realized.

Chris "Breeze" Brown, Robert M., & Daniel A. are what I believe to be investors and partners in business w/ the family members listed as defendants herein.

While housed at Martin C.I. in 2026, I was made aware of the actualization of Thick-N-Thin Records/Entertainment being established by word of mouth from other prisoners who happened to know of its existence. I phoned home several times to get information from my mother Loretta Wingate, but was told that the suspected cousins, aunts, & uncles were putting her off w/ evasive answers!

C. What date and approximate time did the events giving rise to your claim(s) occur?

Around September 2021. Time unknown.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

While housed at Charlotte C.I. in 2006, Plaintiff

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental + Emotional Distress.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff would like the Court to investigate claims.

Page 5 attch.

Attachment For Section VI. Relief

and recover Thick-N-Thin brand named ventures (individually if necessary and seperate from the Thick-N-Thin name). Plaintiff also seeking in excess of $250 million in compensatory, punitive, + injunctive damages!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Charlotte C.I. in 2006 + Martin C.I. in 2021*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[ ] Yes

[ ] No   N/A

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[ ] No   N/A

[ ] Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I filed a lawsuit in the 15th Judicial Circuit Palm Beach Co.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Page 8 attch.

Attachment To Section VIII, Lawsuits

D. Plaintiff: Christopher Lamar Tipton
Defendants: Centurion + Fla. Dept. Of Corrections
Court: Middle District Of Florida
Docket/Index Number: 3:23-CV-0125-MMH-PDB
Judge: Marcia Morales Howard
Filing Date: 10/11/23
Case is still pending
Result of Case: Dismissed b/t Plaintiff appeals

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Christopher Lamar Tipton + Mark Lee Street (Removed)
   Defendant(s) Daniel A., Robert M., Chris Brown, Thick N Thin ventures, Tipton, Wingate, +

2. Court (*if federal court, name the district; if state court, name the county and State*)
   Palm Beach County Florida

3. Docket or index number
   Filing # 169411657 Case Number 50-2023-CA-003823-XXXX-MB

4. Name of Judge assigned to your case
   Carolyn Bell

5. Approximate date of filing lawsuit
   3/20/23

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.   3/22/23

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Christopher Lamar Tipton
   Defendant(s) Centurion, Dr. Charles LaPrade, Dr. Anthony FDC

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Middle District of Florida

3. Docket or index number
   Case No: 3:23-cv-00857-MMH-PDB

4. Name of Judge assigned to your case
   Marcia Morales Howard

5. Approximate date of filing lawsuit
   June 2023

6. Is the case still pending?
   ☒ Yes
   ☐ No
   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Ongoing!

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/9/23

Signature of Plaintiff

Printed Name of Plaintiff: Christopher Lamar Tipton

Prison Identification #: 1423486

Prison Address: Union C.I. PO Box 1000
Raiford, FL 32083

B. **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

Telephone Number

E-mail Address